## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

CENTRAL WEST VIRGINIA REGIONAL
AIRPORT AUTHORITY, INC.,
a West Virginia corporation,

                    Plaintiff,

v.

TRIAD ENGINEERING, INC., et al.,

          Defendants.

Civil Action No. 2:15-CV-11818
(removed from Kanawha County Circuit Court
Civil Action No. 15-C-1022)

### <u>AGREED DISMISSAL ORDER</u>

On this day came the Plaintiff, Central West Virginia Regional Airport Authority, Inc., and

came the Defendant, ACE American Insurance Company, by and through the undersigned counsel,

and announced unto the Court that after an informed dialogue between the parties, the Plaintiff shall

dismiss the Defendant, ACE American Insurance Company, from this civil action, without prejudice.

It is expressly understood between these parties that the Plaintiff reserves the right to reinstate the

litigation against ACE American Insurance Company should the facts so warrant at a future date.

~~The agreement of the parties appearing to the Court to be reasonable,~~ Defendant ACE

American Insurance Company is hereby dismissed from this civil action, without prejudice.

It is so **ORDERED**.  The Court further directs the Clerk to mail a certified copy of this

Order to all parties and counsel of record.

                       ENTER:         <u>August 26, 2015</u>

                                         *John T. Copenhaver*

Honorable John T. Copenhaver, Jr.

<u>/s/ Mark A. Barney</u>
Mark A. Barney        (WV State Bar #10282)
  mbarney@bbjlc.com
Bucci, Bailey & Javins, L.C.
213 Hale Street
P. O. Box 3712
Charleston, WV 25337
Tel: (304) 345-0346 / Fax: (304) 345-0375
***Co-Counsel for Plaintiff***

<u>/s/ Debra Tedeschi Varner</u>
Debra Tedeschi Varner      (WV State Bar #6501)
  dtvarner@wvlawyers.com
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV 26302-2040
Tel: (304) 626-1100 / Fax: (304) 623-3035
***Counsel for Defendant,***
***ACE American Insurance Company***